UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

RONALD THOMAS COKER &      CASE NO.: 24-40313-KKS
DAWN LOUISE COKER,           CHAPTER: 7

     Debtors.                /

### ORDER ON REAFFIRMATION AGREEMENT (ECF NO. 17)
(Represented Debtors–Attorney Did Not Sign)

FSU Credit Union ("Creditor") filed a Reaffirmation Agreement (ECF No. 17) between represented Debtors and Creditor that was not accompanied by a declaration or affidavit of Debtors' attorney as required by 11 U.S.C. § 524(c)(3). Because the Reaffirmation Agreement does not comply with the requirements of 11 U.S.C. § 524(c)(3), the Court held the hearing required by 11 U.S.C. § 524(d) on notice to Debtors and Creditor on December 17, 2024. The Creditor is a credit union, so a presumption of undue hardship does not arise pursuant to 11 U.S.C. § 524(m)(2). The Court having reviewed the Reaffirmation Agreement and having heard testimony of Debtor at the hearing held on December 17, 2024, it is

ORDERED: The Reaffirmation Agreement (ECF No. 17) is

DISAPPROVED under 11 U.S.C. § 524(c)(6)(A)(ii) as not being in the best interest of Debtors.

DONE and ORDERED on January 2, 2025.

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

cc: all interested parties.