UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  CASE NO.: 24-40313-KKS
RONALD THOMAS COKER
DAWN LOUISE COKER  CHAPTER 7
Debtors.

### TRUSTEE'S MOTION FOR AUTHORIZATION TO PAY NON-ESTATE OR EXEMPT FUNDS TO DEBTOR(S)

COMES NOW, Theresa M. Bender, Chapter 7 Trustee, and files this Motion for Authorization to Pay Non-Estate or Exempt Funds to Debtor(s) and states the following in support thereof:

1. On September 09, 2024, the 341 Creditors' Meeting was held in the above named matter. At that time, the Debtor's estate included Debtor(s)' 2024 tax refund.

2. The Department of Treasury forwarded Debtor's 2024 refund check to the Trustee. The Trustee has opined that administration of the pre-petition percentage of the refund is appropriate in this case. However, there remains a portion of that refund, $865.98 (after balance of refund applied to any equity remaining in estate), which the Debtor has exempted, or that statutory exemptions apply, and/or is the reflected post-petition percentage, and therefore is not property of the estate. Said sums properly belong to the Debtor.

WHEREAS, Theresa M. Bender, Chapter 7 Trustee requests that this Court authorize the Trustee to pay the amount of $865.98 to the Debtor(s) representing non-estate funds or otherwise, the Debtor's exempted portion of the 2024 tax refund.

RESPECTFULLY SUBMITTED on this 16 May 2025.

/s/ *Theresa M. Bender*
THERESA M. BENDER
Theresa M. Bender, P.A.
Chapter 7 Trustee
P.O. Box 14557
Tallahassee, FL 32317

PH: (850) 205-7777  
FL. Bar #0749486  
Tmbenderch7@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the FOREGOING was served *on interested parties* on the following in the manner stated below:

**Served by U.S. Mail to the Non CM/ECF persons/entities below:**

Ronald Thomas Coker and Dawn Louise Coker, 2711 Foley Cut Off Road, Perry, FL  32348;

**Served via Notice of Electronic Filing (NEF):**  The undersigned verifies that the foregoing document was served via CM/ECF to the below-listed person(s) and entities:

United States Trustee, USTPRegion21.TL.ECF@usdoj.gov

John Blair Boyd on behalf of Creditor FSU Credit Union
bk@svllaw.com, blairb@svllaw.com

Robert C. Bruner on behalf of Debtor Ronald Thomas Coker
rbruner@brunerwright.com, Bruner.RobertR137801@notify.bestcase.com;melanie@brunerwright.com;twright@brunerwright.com;laura@brunerwright.com;skelley@brunerwright.com;brenda@brunerwright.com;judy@brunerwright.com

Can Guner on behalf of Creditor U.S. Bank Trust Company, National Association
cguner@raslg.com, cguner@raslg.com

Jennifer Laufgas on behalf of Creditor PHH Mortgage Corporation
ecfflnb@aldridgepite.com

**Served via Email: N/A**

Dated: May 16, 2025                                          /s/ *Theresa M. Bender*